Michael L Deamer No. 844
Attorney for Plaintiff
PO Box 1102
Bountiful, Utah 84011-1102
Telephone 801-455-1631
Fax 801
Email: mdeamerlaw@gmail.com

_____

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| EDWARD JOHNSON, an individual | : | STIPULATED JUDGMENT |
| Plaintiff, | : | |
| v. | : | |
| SECTOR 10, INC, a corporation, SECTOR 10 HOLDINGS, an unknown business entity, PERICLES DEAVILA, an individual, LARRY MADISON, an individual. | : | Civil No. 2:10CV00092 |
| | : | |
| Defendants. | : | Judge: DALE A. KIMBALL |
| | : | MAGISTRATE Dustin B. Pead |

Based on the Stipulation and Joint Motion for Judgment filed herewith by all parties and good cause appearing, now therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1- The Stipulation and Joint Motion for Judgment be and the same is hereby granted.

2. Final judgment is hereby entered in Plaintiff Edward Johnson's favor as against Defendant Sector 10, Inc in the amount of $115,197.95 with interest accruing thereon at 12% in the amount of $866.15 per month from and after May 1, 2013.

3- All other Causes of action and Counterclaims are hereby dismissed with prejudice and on the merits, each side to bear its own attorney's fees, court costs and expenses.

Dated this 14th day of November 2013.

BY THE COURT:

_____
The Honorable Dale A. Kimball
District Court Judge